FILED

MAY 19 2003

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

CV 03-00289 #00000014

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VET BUOT,

        Petitioner,

v.

JOHN D. ASHCROFT, *et al*,

        Respondents

No. C03-0289L

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

This matter comes before the Court on the "Report and Recommendation re Indefinite Detention" issued by the Honorable Ricardo S. Martinez. Having reviewed the Report and the remainder of the record, the Court finds as follows

(1) Although the executive branch "anticipates" that petitioner will be interviewed by the Cambodian government in the near future and asserts that his deportation is now likely, the objective facts in the record do not support respondents' optimistic predictions

(2) The Court adopts the Report and Recommendation.

(3) The petition for writ of habeas corpus is GRANTED.

(4) Petitioner shall be released from BICE custody within two business days after entry of this Order on conditions set by BICE, which may include those set forth in 8 C.F.R. § 241.5(a). The Court will not, however, preauthorize the imposition of a bond, particularly where the amount and its reasonableness cannot be ascertained from the present record.

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS

(5) The Clerk is directed to send copies of this Order to counsel for both parties and to the Honorable Ricardo S. Martinez.

DATED this 19th day of May, 2003.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS                -2-